IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES GmbH, a Switzerland Corporation, and ACCENTURE LLP, an Illinois Partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>GUIDEWIRE SOFTWARE, INC., a Delaware Corporation,<br><br>    Defendant. | C.A. No. 09-848-UNA<br><br>**DEMAND FOR JURY TRIAL** |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of plaintiff Accenture Global Services GmbH, and Accenture LLP.

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: November 10, 2009
941568/32523

*Attorneys for Plaintiffs*
*Accenture Global Services GmbH*
*and Accenture LLP*