# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES GmbH, and ACCENTURE LLP, : : : | |
| Plaintiffs, : | |
| v. : | C. A. No. 09-848-SLR/MPT |
| GUIDEWIRE SOFTWARE, INC., : : | |
| Defendant. : | |

## ORDER

At Wilmington this **9th** day of **February, 2011**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, March 18, 2011 at 11:00 a.m. Eastern Time** with Magistrate Judge Thynge to address discovery issues. **Julia Heaney, Esquire shall initiate the teleconference call to 302-573-6173.**

Counsel are reminded to follow the provisions set forth in the Court's Order dated June 1, 2010. The initial letter(s) shall be due no later than **11:00 a.m., Wednesday, March 16, 2011.** The responsive letter(s) shall be due no later than **11:00 a.m., Thursday, March 17, 2011.** Courtesy copies shall be **Hand Delivered** to the Clerk's Office **within one hour of e-filing.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE